**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AHSAN MOHIUDDIN,<br><br>      Plaintiff,<br><br>    v.<br><br>THE STATE OF CALIFORNIA, et al.,<br><br>      Defendants. | No. CV 10-4893-JHN(CW)<br><br>ORDER ACCEPTING REPORT AND AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the record and the Report and Recommendation of the United States Magistrate Judge. No written objections to the Report have been received. The Court accepts the findings and recommendation of the Magistrate Judge.

**IT IS THEREFORE ORDERED** that judgment be entered dismissing the action, without prejudice, for failure to prosecute and on grounds discussed in the Order filed March 31, 2011 (docket no. 34).

DATED: June 2, 2011

                                                  JACQUELINE H. NGUYEN<br>                                                  United States District Judge