**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AHSAN MOHIUDDIN, | No. CV 10-4893-JHN(CW) |
| Plaintiff, | JUDGMENT |
| v. | |
| THE STATE OF CALIFORNIA, et al., | |
| Defendants. | |

**IT IS ADJUDGED** that this action is dismissed without prejudice.

DATED: June 2, 2011

JACQUELINE H. NGUYEN
United States District Judge